# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RUTH ANN KUEBLER, et al.,

    Plaintiff,

 -vs-

GEMINI TRANSPORTATION, et al.,

    Defendants.

Case No. 3:12CV114

District Judge Thomas M. Rose

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.   The Court would request that a mediation be scheduled at the convenience of the attorneys, parties and mediator.

August 14, 2012

*s/THOMAS M. ROSE*

Thomas M. Rose
United States District Judge